# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL RAY LEONARD, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 08-0312-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 07-0208-WS |
| | : |
| Respondent. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 28, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of November, 2009.

　　　　　　　　　　　 s/WILLIAM H. STEELE
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**